# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOL FINANCE CO.,<br><br>    Plaintiff,<br><br>v.<br><br>CHOICE CATTLE, LLC, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01649-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO NOTIFY COURT OF STATUS OF PAUL L. MIKELSON, KELLY L. MIKELSON, AND STANDARD CATTLE, LLC IN THIS ACTION<br><br>FIVE-DAY DEADLINE |

LOL Finance Co. ("Plaintiff") filed this action against Choice Cattle LLC, Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC ("Defendants"). On December 10, 2019, Plaintiff returned proofs of service showing that the summons and complaint in this action were personally served on Defendants Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC[1] on November 30, 2019. (ECF Nos. 8, 9, 10.)

Pursuant to the Federal Rules of Civil Procedure, Defendants Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC's responsive pleading was due within twenty-one days of November 30, 2019. Fed. R. Civ. P. 12(a)(1)(A). The time to respond to the complaint has passed. Defendants Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC have not responded to the complaint. Plaintiff has not filed a stipulation for an extension of time for

---

[1] Defendant Standard Cattle LLC filed an answer to the complaint on December 18, 2019. (ECF No. 10.)

1

Defendants Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC to respond. Nor has Plaintiff moved for entry of default based on Defendants Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC's failure to respond to the complaint.

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, Plaintiff shall file a written notice of the status of Defendants Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC this action. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed against Defendants Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC for Plaintiff's failure to comply and failure to prosecute.

IT IS SO ORDERED.

Dated: **January 3, 2020**

UNITED STATES MAGISTRATE JUDGE