# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOL FINANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> CHOICE CATTLE, LLC, et al., <br><br> Defendants. | Case No. 1:19-cv-01649-NONE-SAB <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE STANDARD CATTLE, LLC, AS A DEFENDANT IN THIS ACTION <br><br> (ECF No. 21) |

On November 19, 2019, LOL Finance Co. ("Plaintiff") filed this action against Choice Cattle LLC, Paul L. Mikelson, Kelly L. Mikelson, and Standard Cattle, LLC ("Defendants"). (ECF No. 1.) On June 16, 2020, Plaintiff and Defendant Standard Cattle, LLC, filed a stipulation dismissing all claims against Defendant Standard Cattle, LLC, only, with prejudice. (ECF No. 21.) In light of the stipulation of the parties, Defendant Standard Cattle, LLC, shall be terminated as a party in this action, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), with prejudice and without an award of costs or attorneys' fees. The stipulation and this order shall not affect the rights or claims of Plaintiff against any other defendants in this action.

///

///

///

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Standard Cattle, LLC, as a party in this action.

IT IS SO ORDERED.

Dated: **June 16, 2020**

UNITED STATES MAGISTRATE JUDGE