UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOL FINANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> CHOICE CATTLE, LLC, et al., <br><br> Defendants. | No. 1:19-cv-01649-NONE-SAB <br><br> ORDER RE STIPULATION FOR ENTRY OF JUDGMENT BY CONSENT AND REQUIRING ENTRY OF JUDGMENT <br><br> (Doc. No. 14) <br><br> ORDER DENYING MOTION FOR ENTRY OF SEPARATE JUDGMENT MOOT <br><br> (Doc. No. 15) <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

On November 19, 2019, LOL Finance Co. ("plaintiff") filed this action against Defendants Choice Cattle LLC, Paul L. Mikelson, Kelly L. Mikelson (collectively, the "Mikelson Defendants"), and Defendant Standard Cattle, LLC ("Standard Cattle"). (Doc. No. 1.) On February 5, 2020, plaintiff and the Mikelson Defendants entered into a stipulation for entry of judgment by consent. (Doc. No. 14.) Also on February 5, 2020, in light of the fact that plaintiff's claims against Standard Cattle remained unresolved at that time, plaintiff and the Mikelson Defendants moved for entry of separate judgment pursuant to Federal Rule of Civil Procedure 54(b). (Doc. No. 15.) That motion was briefed and taken under submission on the papers pursuant to Local Rule 230(g). (Doc. No. 19.)

/////

1    Thereafter, plaintiff filed a stipulation dismissing all claims against Standard Cattle.
2 (Doc. No. 21.) In light of the stipulation between plaintiff and Standard Cattle, Standard Cattle
3 was terminated as a party in this action. (Doc. No. 22.)

4    The stipulation between plaintiff and Standard Cattle renders moot the motion for entry
5 of separate judgment as to the claims between plaintiff and the Mikelson Defendants, as there is
6 no longer any reason for entry of separate judgment. Moreover, the court finds good cause to
7 adopt the February 5, 2020 stipulation for entry of judgment as to the claims between plaintiff
8 and the Mikelson Defendants.

9    Accordingly:

10    (1) The stipulation for entry of judgment as to the claims between plaintiff and
11        the Mikelson Defendants (Doc. No. 14) is ADOPTED;
12    (2) The Clerk of Court is DIRECTED to enter judgment for Plaintiff LOL
13        Finance Co. and against Defendants Choice Cattle, LLC, Paul L. Mikelson,
14        and Kelly L. Mikelson, jointly and severally, in the amount of $250,277.37;
15    (3) The motion for entry of separate judgment (Doc. No. 15) is DENIED AS
16        MOOT;
17    (4) The Clerk of Court is directed to assign a district judge to this matter for the
18        purposes of closure and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:  **August 3, 2020**                    _____
                                              UNITED STATES DISTRICT JUDGE